Case 4:17-mj-07205-N/A-LAB Document 1 Filed 05/24/17 Page 1 of 1

Case 4:17-mj-07205-N/A-LAB   Document 1   Filed 05/24/17   Page 1 of 1

# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>David Alberto ADI-LOPEZ<br><br>DOB: xx/xx/1992; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**17-07205MJ** |

**Complaint for violation of Title 18 United States Code § 1073**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about December 26, 2016 until the present, in the District of Arizona, and elsewhere, the defendant, David Alberto ADI-LOPEZ, did move and travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the State of Arizona for a crime which is a felony under the laws of the State of Arizona, to wit: second degree murder, in violation of Title 18, United States Code, Section 1073.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 26, 2016, Tucson Police Department began investigating a potential homicide. During the course of the investigation, David Alberto ADI-LOPEZ was identified as the primary suspect in the homicide. Also on December 26, 2016, ADI-LOPEZ is observed parking the victim's car and walking southbound into the pedestrian lane to Mexico. On January 4, 2017 the Pima County Superior Court issued an arrest warrant for ADI-LOPEZ for second degree murder.

In January 2017, Deputy U. S. Marshal's conducted interviews into the whereabouts of ADI-LOPEZ. One of the individuals interviewed was the girlfriend of ADI-LOPEZ. She relayed that she last spoke with him on January 4, 2017 when he telephoned her from a Mexican phone number. ADI-LOPEZ stated that he committed the homicide in Arizona and would rather die then turn himself into authorities.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION
  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA Erica L. Seger

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
U.S. Marshals

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
May 24, 2017

[1] See Federal rules of Criminal Procedure Rules 3 and 54